TIMOTHY COURCHAINE
United States Attorney
District of Arizona
CAROLINE ALLEN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Attorneys for Plaintiff

☒ FILED    ☐ LODGED

**Apr 10 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**CR-26-01606-TUC-LCK**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 26-04543mj-TUC |
| Plaintiff, | CR |
| vs. | **I N F O R M A T I O N** |
| | Violations: |
| Danny Carillo-Garcia, | 8 U.S.C. § 1326(a)<br>(Reentry of Removed Alien) |
| Defendant. | Count 1 |
| | 8 U.S.C. § 1325(a)<br>(Improper Entry by Alien)<br>(Petty Misdemeanor)<br>Count 2 |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about April 2, 2026, at or near San Miguel, in the District of Arizona, Danny Carillo-Garcia, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona, on September 26, 2024, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

/ / /

## COUNT 2

On or about April 2, 2026, at or near Sasabe, in the District of Arizona, Danny Carillo-Garcia, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by Immigration Officers of the United States of America; in violation of Title 8, United States Code, Section 1325(a)(1).

April 3, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*[signature]* fo/

CAROLINE ALLEN
Assistant U.S. Attorney